RECEIVED

2000

**00- 6335** CR-DISTRICT COURT

MAGISTRATE JUDGE 2000
SNOW
CLERK, U.S. DISTRICT CO

00- 6335-CR-DIMITROULEAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-N-00-0127-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSENT TO TRANSFER OF CASE |
| v. | ) | FOR PLEA AND SENTENCE |
| | ) | (Under Rule 20) |
| JOSEPH J. IAVARONE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

I, JOSEPH J. IAVARONE, JR., defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of Florida, in which I reside and to waive trial in the above captioned District.

Dated this 19th day of OCTOBER , 2000.

JOSEPH J. IAVARONE, JR.
Defendant

JAMES LEWIS
Counsel for Defendant

**APPROVED**

KATHRYN E. LANDRETH
United States Attorney

GUY LEWIS
United States Attorney

CRAIG S. DENNEY
Assistant United States Attorney
District of Nevada

DONALD CHASE
Assistant United States Attorney
Southern District of Florida

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By Deputy Clerk

UNITED STATES DISTRICT COURT

**OFFICE OF THE CLERK**

**DISTRICT OF NEVADA**

**LANCE S. WILSON**
**CLERK OF COURT**

**BRUCE R. THOMPSON**
**FEDERAL BUILDING**
**&/U.S. COURTHOUSE**
**ROOM: 301**
**400 S. Virginia Street**
**RENO, NV 89501**

FILED

NOV - 6 2000

CLERK, U.S. DISTRICT CO.

BY

DEPUTY

November 6, 2000

Clerk, U.S. District Court
Southern District of Florida
Federal Courthouse Square
301 North Miami Ave
Miami Florida, 33128-7788

RE: USA vs. JOSEPH J. IAVARONE, JR. CR-N-00-127-ECR (VPC)

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure,
enclosed are certified copies of the entire case file and docket,
for the above named defendant.

No bond has been posted in this case.  If you require anything
further, please advise.

Please acknowledge receipt of the above documents by endorsement
below on the enclosed copy of this letter.  Thank you.

Sincerely,

LANCE S. WILSON, CLERK
WAYNE JULIAN

By:    Wayne Julian
       Deputy Clerk

-------------------------------------------------------------------

**RECEIVED DATE:**

**ASSIGNED CASE #:**

**BY:** _____

(Signature of Deputy Clerk)

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By_____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

*FILED*
*2000 OCT 23 AM 7: 43*
*LANC...*
*BY ...LSON*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-N-00-0127-ECR (VPC) |
| ) | |
| Plaintiff(s), ) | MINUTES OF COURT |
| ) | |
| vs. ) | DATE:  October 23, 2000 |
| ) | |
| JOSEPH J. IAVARONE, JR., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: _____ Marti Campbell _____ Reporter: _None Appearing_

Counsel for Plaintiff(s): _None Appearing_

Counsel for Defendant(s): _None Appearing_

MINUTE ORDER IN CHAMBERS XXX

The Court having been advised that counsel are in the process of transferring this action to Florida, where defendant resides, and at the request of Government's counsel,

IT IS HEREBY ORDERED that the initial appearance and arraignment and plea scheduled for **Tuesday, October 24, 2000, at 3:00 p.m.** is _vacated_ and has been _rescheduled_ for **Tuesday, November 21, 2000, at 3:00 p.m.**  Counsel have been telephonically notified.

LANCE S. WILSON, CLERK

By: _____
Marti Campbell, Deputy Clerk

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
Deputy Clerk

# United States District Court

_____ DISTRICT OF NEVADA _____

UNITED STATES OF AMERICA
V.

JOSEPH J. IAVARONE, JR.
999 WEST PROSPECT STREET, SUITE 23
OAKLAND PARK, FL

(Name and Address of Defendant)

### SUMMONS IN A CRIMINAL CASE

CR-N-00-0127-ECR-VPC

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| BRUCE R. THOMPSON US COURTHOUSE AND FEDERAL BUILDING 400 SOUTH VIRGINIA STREET RENO, NEVADA 89501 | Courtroom #1 |
| Before: The Honorable Valerie P. Cooke, U.S. Magistrate Judge | Date and Time Tuesday, October 24, 2000 at 3:00 p.m. |

To answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title 18   United States Code, Section(s) 1343; 1341; 2

Brief description of offense:

Wire Fraud (Counts 1-3);
Mail Fraud (Counts 4-5);
Aiding and Abetting (Counts 1-5)

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
Deputy Clerk

Signature of Issuing Officer

9-20-00

Date

ROBERT A. McQUAID, JR,     US MAGISTRATE JUDGE
Name and Title of Issuing Officer

This form was electronically produced by Elite Federal Forms, Inc.

FILED

2000 SEP 20 PM 4: 16

LANCE S. WILSON
CLERK

BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

IN THE MATTER OF THE PARTIAL )
REPORTS OF THE GRAND JURY FOR )
THE FEBRUARY 28, 2000 TERM    )
_____)

MINUTES OF THE COURT

DATED: SEPTEMBER 20, 2000

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, *U.S. MAGISTRATE JUDGE*

Deputy Clerk: <u>Rosemary Damron</u>    Reporter: <u>Karen Bryson</u>

U. S. Attorney by: <u>Craig Denney</u>

PROCEEDINGS:

The roll of the Grand Jury is taken. There is a quorum; 19
Grand Jurors are present.

The foreperson of the Grand Jury presents its partial report
and indictments (copy of report attached).

On motion of the United States Attorney, **IT IS ORDERED** that
the said report and indictment/s be filed. There are ___no___
sealed indictments.

On motion of the United States Attorney,

**IT IS ORDERED** that the terms of release as to each defendant
are fixed as indicated and that Bench Warrants or Summonses issue
where indicated:

CR-N-00-126-DWH (VPC)    USA v. TOMAS BRITO-BETANCOURT
                         On Bond
                         USA v. CONSTANTINO CID-CIDZIHUA
                         In Custody
                         Preliminary Examination set for 9/21/00
                         at 3:00 p.m. before Mag. Judge Robert A.
                         McQuaid, Jr., in Courtroom #2, converts
                         to Arraignment & Plea

CR-N-00-127-ECR (VPC)    USA v. JOSEPH J. IAVARONE, JR.
                         Summons to Issue - Initial Appearance and
                         Arraignment & Plea set for Tuesday,
                         October 24, 2000 at 3:00 p.m. before Mag.
                         Judge Valerie P. Cooke, in Courtroom #1

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court-
By_____
        Deputy Clerk

Page Two
Grand Jury Minutes
September 20, 2000


CR-N-00-128-HDM (VPC)      USA v. GERARDO RAMOS-RAMIREZ
                           Warrant to Issue

SUPERSEDING INDICTMENT
CR-N-00-097-DWH (VPC)      USA v. DENIS DUDE ILOFF
                           In Custody
                           Arraignment & Plea set for Tuesday,
                           September 26, 2000 at 3:00 p.m. before
                           Mag. Judge Valerie P. Cooke, Courtroom #1

SUPERSEDING INDICTMENT
CR-N-00-058-HDM (RAM)      USA v. HUMBERTO MAGANA ARIAS
                           In Custody
                           USA v. ROBERTO CARLOS R. RANGEL
                           On Bond
                           Arraignment & Plea set for Tuesday,
                           September 26, 2000 at 3:00 p.m. before
                           Mag. Judge Valerie P. Cooke, Courtroom #1

    IT IS ORDERED that the Grand Jury report upon notice.

Grand Jury convened at 9:00 a.m.

Grand Jury adjourned at 12:35 p.m.


                           LANCE S) WILSON, CLERK

                       By: Rosemary Damron
                              Deputy Clerk

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT**

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

USDC — NEVADA — RENO

OFFENSE CHARGED

Wire Fraud; Mail Fraud; Aiding and Abetting

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

DEFENDANT – U.S. vs.

JOSEPH J. IAVARONE, JR.

Address

Place of offense

Nevada

U.S.C. Citation

18:1343;1341;2

Birth Date

(Optional unless a juvenile)

☐ Male      ☐ Alien
☐ Female   (if applicable)

PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

DEFENDANT

IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes ☐ No

If "Yes" give date filed

DATE OF ARREST

Mo.   Day   Year

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

Mo.   Day   Year

Name and Office of Person Furnishing Information on THIS FORM   Diana B. Smith

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   CRAIG S. DENNEY

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

CR-N-00-0127-ECR-VPC

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court

By _____
Deputy Clerk



1 | KATHRYN E. LANDRETH
United States Attorney
2 | CRAIG S. DENNEY
Assistant United States Attorney
3 | 100 W. Liberty Street, Suite 600
Reno, Nevada 89501
4 | (775)784-5438

FILED

2000 SEP 20 PM 2:06

LANCE S. WILSON
CLERK

BY _____

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

CR-N-00-0127-ECR-VPC

10 | UNITED STATES OF AMERICA,          )
                                                   )
11 |                    PLAINTIFF,          )
                                                   )
12 | VS.                                        )   **INDICTMENT FOR VIOLATIONS OF:**
                                                   )   TITLE 18, UNITED STATES CODE,
13 |                                             )   SECTION 1343 — Wire Fraud
     JOSEPH J. IAVARONE, JR.         )   (Counts 1-3)
14 |                                             )
                 DEFENDANT.           )   TITLE 18, UNITED STATES CODE,
15 | _____           SECTION 1341 — Mail Fraud
                                                       (Counts 4-5)
16
                                                       TITLE 18, UNITED STATES CODE.
17                                                     SECTION 2 — Aiding and Abetting
                                                       (Counts 1-5)
18

19

20 | **THE GRAND JURY CHARGES THAT:**

21 |                    INTRODUCTION

22 |          1.   At all times relevant to this Indictment, **JOSEPH J.**

23 | **IAVARONE, JR.,** was a resident of Oakland Park, Florida, and

24 | participated in a fraudulent "rip and tear" telemarketing operation

25 | and received and attempted to receive funds from the fraudulent

26 | telemarketing activities.

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
        Deputy Clerk

SCHEME AND ARTIFICE

2.    Beginning no later than on or about July 17, 2000, and continuing through on or about August 4, 2000, in the State and Federal District of Nevada, **JOSEPH J. IAVARONE, JR.**, the defendant herein, and other unknown defendants did knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing said scheme and artifice, transmitted and caused to be transmitted by means of wire communication in interstate commerce, certain signs, signals, and sounds and through the use of the Postal Service, or private, and commercial interstate carriers, which scheme and artifice is more particularly described as follows:

METHOD AND MEANS TO DEFRAUD

3.    It was part of the scheme and artifice that the defendant **JOSEPH J. IAVARONE, JR.**, and other unknown defendants did the following:

a.    obtained information known as "leads" concerning individuals who had been defrauded and treated unfairly by telemarketing entities, and who, due to age or other condition, are vulnerable and susceptible to further telemarketing fraud being perpetrated upon them;

b.    falsely and fraudulently contacted victims by telephone and falsely told them that the caller was working on behalf of a company named "S and L" and that large amounts of cash were obtained and were being held for the victims; however, as a

2

1 | prerequisite to receiving the cash, the victims must send money, in
2 | the amount of $5,000.00, up front as payment for taxes and fees;

3 |            c.    falsely and fraudulently conducted a "lottery"
4 | scheme by advising victims that after the victims paid money up
5 | front for taxes and fees, money the victims had previously won for
6 | a lottery, in the amount of $1,500,000.00, were deposited with the
7 | company's bank, "Holdings and Loans", and would be returned to the
8 | victims;

9 |            d.    used fictitious names when making telephone
10 | calls to victims in order to conceal the caller's true identity from
11 | the defrauded victims.  Some of the phony names the caller used
12 | included "Joey Harris" and "Jerry Harris."

13 |            e.    falsely and fraudulently caused and induced
14 | victims to send money by the Postal Service, and/or private and
15 | commercial interstate carrier including, but not limited to, U.S.
16 | Postal Service Express Mail and Federal Express; and

17 |            f.    retrieved the money victims sent by overnight
18 | interstate courier service.

19 |       4.    The   false   and   fraudulent   representations   and
20 | omissions of material fact, which were made and caused to be made,
21 | are set forth in paragraphs 5 and 6, below.

22 | False and Fraudulent Pretenses, Representations, and Promises

23 |       5.    To induce and entice the victims to provide money and
24 | proceeds, the defendant **JOSEPH J. IAVARONE, JR.**, and other unknown
25 | defendants knowingly made and caused to be made false and fraudulent
26 | pretenses, representations, and promises, knowing at the time that

3

1  the pretenses, representations, and promises were false, which
2  included, but were not limited to, the following:

3              a.    For payment of taxes and fees up front, usually
4  in the amount of $5,000.00, the victims would receive a specified
5  amount of money, usually in the amount of $1,500,000.00;

6              b.    The caller was working with a company called
7  "S and L" and a bank called "Holdings and Loans";

8              c.    The victim's check needed to be made payable to
9  "Joseph Iavarone" an IRS agent; and

10             d.    The caller's true name was "Joey Harris" or
11  "Jerry Harris."

12  Omissions and Half-Truths

13             6.    To induce and entice victims to provide money and
14  proceeds,    the defendant **JOSEPH J. IAVARONE, JR.**, and unknown
15  defendants    knowingly made and caused to be made omissions in the
16  solicitation which would and did conceal and omit to state material
17  facts which are necessary to prevent the representations and
18  promises from being misleading in light of the circumstances under
19  which they were made, including but not limited to, the following:

20             a.    No money had been recovered by the defendant
21  **JOSEPH J. IAVARONE, JR.**, and the unknown defendants as lottery
22  winnings for the victims, and defendant **JOSEPH J. IAVARONE, JR.**, and
23  unknown defendants had no intention of paying said money;

24             b.    The caller, **JOSEPH J. IAVARONE, JR.**, was not an
25  IRS agent and he was not authorized to collect taxes on behalf of
26  any government agency/service and did not intend to submit to any

4

1  government agency/service purported tax monies paid by the victims;

2         c.    The caller, **JOSEPH J. IAVARONE, JR.**, was not a

3  representative of company name "S and L" or a bank named "Holdings

4  and Loans";

5         d.    The caller's true name was **JOSEPH J. IAVARONE,**

6  **JR.**, not Joey Harris or Jerry Harris; and

7         e.    The victims were contacted as part of a scheme

8  to defraud.

9                          **COUNT ONE**
        TITLE 18, UNITED STATES CODE, SECTIONS 1343 & 2 –
10                    Wire Fraud; Aiding and Abetting

11        7.    Paragraphs 1 through 6 of the Introduction above are

12  incorporated herein by reference as if set forth in full.

13        8.    On or about July 21, 2000, in the State and Federal

14  District of Nevada, and elsewhere,

15                   **JOSEPH J. IAVARONE, JR.,**

16  the defendant herein, for the purpose of executing the  scheme and

17  artifice, knowingly caused to be transmitted by means of wire

18  communication in interstate commerce,  certain signs, signals, and

19  sounds, that is telephone call from Oakland Park, Florida, to Melvin

20  White in Reno, Nevada, all in violation of Title 18, United States

21  Code, Sections 1343 and 2.

22  / / /

23  / / /

24  / / /

25

26

5

**COUNT TWO**
TITLE 18, UNITED STATES CODE, SECTIONS 1343 & 2 -
Wire Fraud; Aiding and Abetting

9.    Paragraphs 1 through 6 of the Introduction above are incorporated herein by reference as if set forth in full.

10.    On or about July 24, 2000, in the State and Federal District of Nevada, and elsewhere,

**JOSEPH J. IAVARONE, JR.,**

the defendant herein, for the purpose of executing the  scheme and artifice, knowingly caused to be transmitted by means of  wire communication in interstate commerce,  certain signs, signals, and sounds, that is telephone calls from Oakland Park, Florida, to Melvin White in Reno, Nevada, all in violation of Title 18, United States Code, Sections 1343 and 2.

**COUNT THREE**
TITLE 18, UNITED STATES CODE, SECTIONS 1343 & 2 -
Wire Fraud; Aiding and Abetting

11.    Paragraphs 1 through 6 of the Introduction above are incorporated herein by reference as if set forth in full.

12.    On or about July 28, 2000, in the State and Federal District of Nevada, and elsewhere,

**JOSEPH J. IAVARONE, JR.,**

the defendant herein, for the purpose of executing the  scheme and artifice, knowingly caused to be transmitted by means of  wire communication in interstate commerce,  certain signs, signals, and sounds, that is telephone call from Oakland Park, Florida, to Ana Warner in Reno, Nevada, all in violation of Title 18, United States Code, Sections 1343 and 2.

**COUNT FOUR**
TITLE 18, UNITED STATES CODE, SECTIONS 1341 & 2 -
Mail Fraud; Aiding and Abetting

13.    Paragraphs 1 through 6 of the Introduction above are incorporated herein by reference as if set forth in full.

14.    On or about July 24, 2000, in the State and Federal District of Nevada and elsewhere,

**JOSEPH J. IAVARONE, JR.,**

the defendant herein, and unknown defendants, for the purpose of executing the scheme and artifice, and attempting to do so, knowingly caused to be delivered by the Postal Service, private or commercial interstate carrier, mail matter, according to the directions thereon, to wit:  U.S. Priority Mail package from Melvin White of 6015 South Virginia Street, Reno, Nevada, to 999 West Prospect Road, Suite 23, Oakland Park, Florida 33309, all in violation of Title 18, United States Code, Sections 1341 and 2.

**COUNT FIVE**
TITLE 18, UNITED STATES CODE, SECTIONS 1341 & 2 -
Mail Fraud; Aiding and Abetting

15.    Paragraphs 1 through 6 of the Introduction above are incorporated herein by reference as if set forth in full.

16.    On or about August 1, 2000, in the State and Federal District of Nevada and elsewhere,

**JOSEPH J. IAVARONE, JR.,**

the defendant herein, and unknown defendants, for the purpose of executing the scheme and artifice, and attempting to do so, knowingly caused to be delivered by the United States Postal

7

1   Service, mail matter, according to the directions thereon, to wit:
2   U.S. Express Mail package from Ana Warner of Reno, Nevada, to Joseph
3   Iavarone, 999 West Prospect Road, Suite 23, Oakland Park, Florida
4   33309, all in violation of Title 18, United States Code, Sections
5   1341 and 2.

6          **DATED:** this _____ day of September 2000.

7          **A TRUE BILL:**

8                                          _____
                                           FOREPERSON OF THE GRAND JURY
9

10
    KATHRYN E. LANDRETH
11  United States Attorney

12

13  CRAIG S. DENNEY
    Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

8

# CLOSED

CR-N-00-00127-01-ECR (VPC)                                              Page   1

| DATE FILED:  09/30/00 | DISTRICT: 0978 | | | COUNTY: 32031 |
|---|---|---|---|---|
| DATE CLSD.:   /  / | TYPE: 3 | WRIT: N | JUV: N | ALIAS.: N |

| I.   CHARGE | | CNT # | # OF CNTS |
|---|---|---|---|
| 18:1343.F | Wire Fraud | 1-3 | 3 |
| 18:1341.F | Mail Fraud | 4-5 | 2 |
| 18:2 | Aiding and Abetting | 1-5 | 5 |

| II.   UPPER | | ATTORNEY |
|---|---|---|
| USA | Plaintiff | CRAIG S. DENNEY, AUSA<br>100 W Liberty St, Ste 600<br>Reno NV 89501<br>(775) 784-5438<br>(775) 784-5181 |

| III.   LOWER | ATTORNEY |
|---|---|

IAVARONE, JOSEPH J. JR.        Defendant

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT                                          Page 2
CRIMINAL DOCKET    *U. S. vs*    JOSEPH J. IAVARONE, JR          CR-N-00-127-ECR (VPC)

AO 256A ●

| | | Yr. | Docket No. | Def. |
|---|---|---|---|---|

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 9/20/00 | 1   **INDICTMENT** re **IAVARONE** (AT) wj | | | | |
| -- | 2   **AO-257** re **IAVARONE**  wj (AT) | | | | |
| -- | -   **JS-2**  (AT) wj | | | | |
| -- | 3   **GRAND JURY MINUTES** dtd 9/20/00 (RAM)  ORD indcts fld; no sealed indcts; Summons to Issue; I/A and A&P set 10/24/00 3pm bef VPC; (C/R Karen Bryson) cps dist wj (AT) | | | | |
| -- | -   **SUMMONS** issd for 10/24/00, 3pm bef VPC for IA and A&P | | | | |
| 10/23/00 | 4   **MINUTE/ORDER:** (Re: D, **IAVARONE, Jr.**) (VPC) ORD crt hvng been advised tht cnsl are in process of transferring case to FL, where D resides & at the req of gov't cnsl ORD initial appearance & A&P sched for 10/24/00 @ 3:00 pm **vacated & resched for 11/21/00 @ 3:00 pm.** Cnsl hv been telephonically notified. Cps dist. (AT) mkc  *mld 10/25/00* | | | | |
| 10/30/00 | 5   **CONSENT to** transf case purs to Rule 20 to Southern Dist of Florida. | | | | |
| 11/6/00 | 6   **TRANSMITTAL LETTER** (cpy) frm Clk USDC, to Clk USDC SDist of Florida transf case w/CC of entire file, Dkt sheet, etc. this date.   (Code 113C) | | | | |

Interval      Start Date    Ltr.  Total
(per Section II)    End Date   Code  Days