**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6335-CR-WPD   DATE: January 9, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Joseph J. Iavarone

U.S. ATTORNEY: Ann Chase   DEFT. COUNSEL: James Lewis

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty plea to Counts 1 & 5. Gov't agrees to dismiss any remaining Counts at time of sentencing.

CASE CONTINUED TO: 4/27 3/23/01   TIME: 10:30   FOR: Sentencing
MISC: Written plea agreement filed.