**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

Joseph J. Iavarone

CASE NO. 00-6335-CR-WPD

NOTICE OF SENTENCING DATE

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable __William P. Dimitrouleas__
United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on __4/27__, 20__01__ at __10:30 AM__ for imposition of sentence. On that date, report to the U.S. Courthouse, Courtroom __203E__, 299 East Broward Blvd., Ft. Lauderdale, FL 33301, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years' imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 299 East Broward Blvd., #409, Federal Building and Courthouse, Fort Lauderdale, Florida 33301.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: _____
Courtroom Deputy Clerk

DATE: January 9, 2001
COUNSEL: _____
RECEIVED: _____
(Defendant)

| | | | |
|---|---|---|---|
| GUILTY PLEA ☒ | BOND ☒ | | TO COUNT(S) __1 + 5__ |
| TRIAL ☐ | FEDERAL CUSTODY ☐ | | TO TOTAL COUNTS _____ |
| NOLO PLEA ☐ | STATE CUSTODY ☐ | | ASST. U.S. ATTY __Donald Chase__ |
| | U.S.M. CUSTODY ☐ | | |