**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | |
|---|---|
| DEFT: JOSEPH J. IAVARONE, JR. (surrender) | CASE NO: 00-6335-CR-DIMITROULEAS |
| AUSA: DON CHASE – pres | ATTY: JAMES LEWIS, ESQ. – pres |
| AGENT: | VIOL: 18:1343; 1341 |
| PROCEEDING: I/A ON RULE 20 TO SET BOND | RECOMMENDED BOND: PSB |
| BOND HEARING HELD - yes (no) Stip | COUNSEL APPOINTED: |
| BOND SET @: 100,000 PSB | To be cosigned by: |

FILED by D.C.
JAN 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.  *Advised of charges*
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.  *Bond set*
- ☐ Maintain or seek full - time employment.  *Change of plea*
- ☐ No contact with victims / witnesses.  *@ 2pm before*
- ☐ No firearms.  *Judge D.*
- ☐ Curfew: _____
- ☑ Travel extended to: *NY NJ*  *New Jersey for court*
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 1/9/01  TIME: 11:00  FTL/LSS TAPE # 01- 003  Begin: ~~2210~~  End:
1114 end 1238