FILED by
JAN 1 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55607-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-6335-CR-WPD
                          )   REPORT COMMENCING CRIMINAL
        -vs-              )   ACTION
                          )
JOSEPH IAVARONE JR.       )
        Defendant

***************************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

***************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: **1-9-01** _____ am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **WIRE + MAIL FRAUD**

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **9-24-68**

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **SD/FL**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **1-9-01**  (9) Arresting Officer: _____

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____