SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEFENDANT: Joseph J. Lavarone, Jr    CASE # 00-6335-CR-WPD
JUDGE: William P. Dimitrouleas
Clerk: Deborah Christian
Reporter: Bob Ryckoff    DATE: 04-27-01
AUSA: Donald Chase    Deft. Counsel: James Lewis, Esq.

DEFENDANT FOUND GUILTY AS TO COUNTS 1 AND 5

COUNTS DISMISSED 2, 3, 4

___ Deft. failed to appear - warrant to issue. Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ am / pm

### JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts

FILED by DC D.C.
APR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Comments _____

Supervised Release _____

Probation    Years    Months    Counts
             3                   1 AND 5
Both Counts to Run Concurrent

Comments: Drug treatment/evaluation, 50 hrs Community Service per yr thru duration of probation, no adult entertainment incl'd

Assessment $ 200.00    Fine $ 0

Restitution / Other _____

### CUSTODY
___ Remanded to U.S. Marshal    ___ Release bond pend appeal
___ Voluntary Surrender to (designated institution or US Marshal) on __/__/__.
___ Commitment recommendation: _____

(rev. 12/91)

ADDITIONAL COMMENTS TO SENTENCING MINUTES

(FBI) William Weiss sworn testimony given

Deft present employment is acceptable by the Court