PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66824

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Joseph J. Iavarone, Jr.   Case Number: 00-6335-CR-WPD

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge  
United States District Court

Date of Original Sentence: April 27, 2001

Original Offense:   Wire Fraud in violation of 18, U.S.C. §1343. Mail Fraud, in violation of 18, U.S.C. §1341.

Original Sentence:  Three (3) years probation as to counts 1 and 5 to run concurrent. Special conditions; 1. Defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the cost of services rendered (co-payment) in an amount determined by the probation officer, based on ability to pay or availability of third party payment. 2. The defendant shall perform 50 hours of community service per year over the period of supervision, as directed by the United States Probation Officer. 3. The defendant shall not be engaged in any business that offers securities, investments, or business opportunities to the public. The defendant is further prohibited from engaging in telemarketing, direct mail or national advertising campaign for business purposes without permission of the United States Probation Officer.

Type of Supervision: Probation            Date Supervision Commenced: April 27, 2001

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

   The defendant shall participate in the home detention electronic monitoring program for up to 120 days. During this time the defendant shall remain at his place of residence except for employment and other



PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66824

activities approved in advance by the United States Probation Officer. The defendant shall maintain a telephone at his place of residence without call forwarding, call waiting or modem, caller ID or call back/call block services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by United States Probation Officer. In addition, the defendant shall pay cost of electronic monitoring at the rate of $4.30 each day.

## CAUSE

1. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about October 31, 2001, the probationer, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by PharmChem Laboratories, Incorporate.

Respectfully submitted,

by  *[signature]*  
Gidget O. Mitchell  
U.S. Probation Officer  
Phone: (954)769-5584  
Date: November 14, 2001

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[ ] The Modification of Conditions as Noted Above  
[X] Submit a Request for X Warrant or _ Summons

_____  
Signature of Judicial Officer

_November 21, 2001_____  
Date