PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 66824

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

FILED by ___VT___ D.C.  
DEC 1 4 2001  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph J. Iavarone, Jr.             Case Number: 00-6335-CR-WPD

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge U.S. District Court

Date of Original Sentence: April 27, 2001

| | |
|---|---|
| Original Offense: | Wire Fraud, in violation of 18 U.S.C. Section 1343. Mail Fraud, in violation of 18 U.S.C. Section 1341. |
| Original Sentence: | Three (3) years probation as to counts 1 and 5 to run concurrent. Special conditions: 1. Defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the cost of services rendered (co-payment) in an amount determined by the probation officer, based on ability to pay or availability of third party payment. 2. The defendant shall perform 50 hours of community service per year over the period of supervision, as directed by the United Stated Probation Officer. 3. The defendant shall not be engaged in any business that offers securities, investments, or business opportunities to the public. The defendant is further prohibited from engaging in telemarketing, direct mail or national advertising campaign for business purposes without permission of the United States Probation Officer. |

Type of Supervision: Probation                Date Supervision Commenced: April 27, 2001

Assistant U.S. Attorney:                      Defense Attorney: James S. Lewis  
Donald F. Chase, II, 500 E. Broward Blvd.     500 S.E. 6th Street, Suite 100  
Ft. Lauderdale, FL 33301                      Ft. Lauderdale, FL 33301

---

## PETITIONING THE COURT

[X]   To issue a warrant  
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C                                                    SD/FL PACTS No. 66824
(SD/FL 9/96)

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about October 31, 2001, the probationer, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by PharmChem Laboratories, Incorporated. |
| 2. | **Violation of Mandatory Condition,** by failing to perform community service hours as directed. On or about June 7, 2001, the probationer executed a community service agreement to begin performing five (5) hours of community service work per month at Birch State Park, and as of November 1, 2001, changed to Flamingo Gardens located in Pembroke Pines, Florida. To date, he has failed to comply with his agreement and is currently 15 hours delinquent. |

U.S. Probation Officer Recommendation:

  []   The term of supervision should be
  []   revoked.
  []   extended for _ years, for a total term of _ years.

  [X]  The conditions of supervision should be modified as follows:

The defendant shall participate in the home detention electronic monitoring program for up to 120 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the United States Probation Officer. The defendant shall maintain a telephone at his place of residence without call forwarding, call waiting or modem, call ID or call back/call block services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by United States Probation Officer. In addition, the defendant shall pay cost of electronic monitoring at the rate of $4.30 each day.

                                              Respectfully submitted,

                                  by          [signature]
                                              Gidget O. Mitchell
                                              U.S. Probation Officer
                                              Phone: 954-769-5584
                                              Date: December 7, 2001

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 66824

RE: IAVARONE, Joseph J. Jr.

THE COURT ORDERS:

[ ] No Action  
[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

December 11, 2001  
_____  
Date