*Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida*
*By _____ Deputy Clerk*
*Date DEC 1 4 2001*

# UNITED STATES DISTRICT COURT
for
## SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
DEC 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.

U.S.A. vs JOSEPH IAVARONE, JR.

Docket No. 00-6335-CR-WPD
SD/FL PACTS No. 66824

TO:[1] ANY UNITED STATES MARSHAL OR ANY OTHER LAW ENFORCEMENT OFFICER

| WARRANT FOR ARREST OF PROBATIONER ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. ||||
| NAME OF PROBATIONER<br>Joseph Iavarone, Jr. | SEX<br>Male | RACE<br>White | AGE<br>33 |
| ADDRESS (STREET,CITY,STATE)<br>11245 W. Atlantic Blvd., Apt. #204, Coral Springs, FL 33071 ||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court | | DATE IMPOSED<br>April 27, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court - SD/Florida ||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | | DATE<br>DEC 1 4 2001 |

| RETURN ||||
|---|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| | ||||
| NAME | (BY) || DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

