UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
IN TAKE
DEC 18 2001
CLARENCE MADDOX
U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

U.S. Marshal # 55607-004

UNITED STATES OF AMERICA       )
                  Plaintiff   )   Case Number: CR 00-6335-CR Dimit
                              )   REPORT COMMENCING CRIMINAL Amt
        -vs-                  )   ACTION
                              )
Iannone, Joseph.              )
_____Defendant_____)
**********************************************************
TO: Clerk's Office    MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
**********************************************************
All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 12-19-01 _____ am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: RCP

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 9-24-68

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/D FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES [ ] NO

Amount of Bond: $ 0
Who set Bond: _____

(7) Remarks: _____

(8) Date: 12-19-01       (9) Arresting Officer: Michael Clarke
(10) Agency: USMS         (11) Phone: (954) 356-7256

(12) Comments: —