## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: **JOSEPH IAVARONE (J)#**   CASE NO: **00-6335-CR-WPD**
AUSA: Don Chase _present_   ATTY: Jim Lewis _not present_
AGENT: USPO: Gidget Mitchell _present_   VIOL: **Violation of Probation**
PROCEEDING: Initial Appearance on Violation   RECOMMENDED BOND: $50,000 BB
BOND HEARING HELD: yes / no   COUNSEL APPOINTED:
BOND SET @: $50,000 BB   To be cosigned by:

FILED by _____ D.C.
DEC 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- [x] Do not violate any law.
- [x] Appear in court as directed.
- [x] Surrender and / or do not obtain passports / travel documents.
- [ ] Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- [x] Random urine testing by Pretrial Services. Treatment as deemed necessary.
- [x] Maintain or seek full-time employment.
- [x] No contact with victims / witnesses.
- [x] No firearms. _Revoke current addict_
- [ ] Curfew: _____
- [x] Travel extended to: SD/FL
- [x] Electronic Monitoring
- [ ] Halfway House _____
- [x] No illegal drugs or excessive alcohol

X Advised of charge
X Arrcm

→ allowed to travel to relatives house in WPB Christmas eve & return home next day

X Final Revocation hearing before Judge Dimitrouleas

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 12-18-01   TIME: 11:00am   TAPE # 01-094   Begin: 7   End: 350

ends 11:30 am.