UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.    CASE NO. 00-6335-CR-DIMITROULEAS

JOSEPH IAVARONE

TYPE OF CASE:    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**January 10, 2002 AT 10:30 A.M.**

TYPE OF HEARING:   Final Revocation/Sentencing on Probation Violation

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: January 3, 2002

cc:   Donald Chase, AUSA
      James Lewis, Esq.
      Gidget Mitchell, USPO

