# CRIMINAL MINUTES



FILED by ___ D.C.
JAN 1 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6335-Cr-WD   DATE: January 10, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Grazee Mitchell   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Joseph Iavarone

U.S. ATTORNEY: Ken Chase   DEFT. COUNSEL: James Lewis

REASON FOR HEARING: Final Revocation on Probation Violation

RESULT OF HEARING: Deft admits violation. Court defers sentencing until 2/22/02. Deft to be continued on same Bond Conditions as previously imposed.

CASE CONTINUED TO: 2/22/02   TIME: 9:45   FOR: Sentencing

MISC: _____