
FILED by _____ D.C.
FEB 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6335-CR-WD    DATE: February 22, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Gidget Mitchell    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Joseph Iavarone

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: James Lewis

REASON FOR HEARING: Final Probation or Revocation

RESULT OF HEARING: Violation
Deft Adjudicated Guilty. Probation is Revoked.
Deft sentenced to 3 months BOP.
No further supervision is imposed.

Deft remanded to custody.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____
MISC: Deft informed of Right to Appeal.

