FILED by _____ D.C.
FEB 2 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6335-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

JOSEPH J. IAVARONE, JR.
SS# 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
DOB: 09/24/1968

JUDGMENT & COMMITMENT UPON
REVOCATION OF PROBATION

THIS CAUSE came before the Court on the 22nd day of February, 2002 for final hearing for the revocation of the defendant's Probation.

On the 27th day of April, 2001, this Court sentenced the defendant to a period of supervised probation imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Probation, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Probation heretofore imposed by the Court be and the same is hereby REVOKED.

ORDERED AND ADJUDGED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of 3 Months.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 22nd day of February, 2002.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

WILLIAM P. DIMITROULEAS
United States District Judge

cc:	Donald Chase, AUSA
	James Lewis, Esq.
	U.S. Probation Office
	U.S. Marshal   (3 certified)

03/13/02

for: Steve Mueller